THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RIOS ERECTORS, LLC,<br><br>Defendant. | CASE NO. C24-2044-JCC<br><br>ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 11). Having thoroughly considered the motion, accompanying declarations, the complaint, and the relevant record, the Court FINDS as follows:

1. Plaintiffs are joint labor-management employee-benefit trusts, organized and operated under the Employee Retirement Security Act of 1974, who have entered into a Master Labor Agreement ("MLA") with the Northwest Iron Workers Employers Association, Inc. and the Iron Workers District Council of the Pacific Northwest. (Dkt. Nos. 12 at 9–46, 13 at 1.)

2. According to the MLA, employers must contribute certain amounts to the trusts to cover various benefits and ancillary funds; the amount is based on each employee's compensable hours. (Dkt. No. 12 at 30–33.)

3.  Defendant failed to make agreed-upon contributions of $28,401.63 relating to employee C. Burnette's 366 compensable hours in May through August 2024. (Dkt. No. 12 at 5, 54, 56.)

4.  Defendant also failed to make contributions for hours worked by C. Burnette after August 2024 but the amounts are not known. (Dkt. No. 12 at 5.)

5.  On December 12, 2024, Plaintiffs filed this lawsuit to collect the above-referenced amount(s). (*See* Dkt. No. 1.)

6.  Plaintiffs properly served Defendant on December 23, 2024. (Dkt. No. 5.)

7.  Defendant has failed to appear or otherwise defend in this action. *See* Fed. R. Civ. P. 55(a).

8.  The Clerk entered default against Defendant on February 21, 2025. (Dkt. No. 8.)

9.  This action is properly within the jurisdiction of the Court and venue is proper.

10. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), support granting default judgment in Plaintiffs' favor.

For the foregoing reasons, the Court GRANTS the motion and AWARDS judgment against Defendant in Plaintiffs' favor in the amount of $41,190.47. This consists of $28,401.63 in delinquent benefit contributions for May through August 2024, $4,557.75 in liquidated damages allowed per $5,512.09 in prejudgment interest (calculated through August 20, 2025), $2,229.00 in attorney fees, and $490.00 in costs. (*See* Dkt. No. 12 at 5); 29 U.S.C. § 1132(g)(2). Post-judgment interest is also owed and shall accrue at the lowest rate available (18%) specific in the applicable trust agreements. (*See* Dkt. No. 12 at 33); 29 U.S.C. § 1132(g)(2).

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Board of Trustees of the Northwest Ironworkers Health and Security Fund, *et al.*, |
| Judgment Debtor: | Rios Erectors, LLC |
| Unpaid Contributions May–Aug. 2024 | $28,401.63 |
| Liquidated Damages | $4,557.75 |
| Prejudgment Interest (through 8/20/25) | $5,512.09 |

| | |
|---|---|
| Attorney Fees: | $2,229.00 |
| Court Costs: | $490.00 |
| Total: | $41,190.47 |

Attorneys for Judgment Creditor:  Turner, Stoeve & Gagliardi, P.S.

DATED this 26th day of August 2025.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DEFAULT JUDGMENT
C24-2044-JCC
PAGE - 3